AO 110  (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT
for the

District of South Dakota

**SUBPOENA TO TESTIFY BEFORE A GRAND JURY**

To: Uber Technologies, Inc.
Attn: Law Enforcement Response Team, 1515 3rd Street, San Francisco, CA 94158

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: | Date and Time: |
|---|---|
| Sioux Falls Grand Jury<br>400 S. Phillips Avenue<br>Sioux Falls, SD 57104 | 09/06/2023 1:00 pm |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Please see Attachment to Subpoena.

Date: August 1, 2023



CLERK OF COURT

*Matthew Thelen*
Matthew Thelen
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the United States attorney, or assistant United States attorney, who requests this subpoena, are:
Jeremy R. Jehangiri
P.O. Box 2638
Sioux Falls, SD 57101-2638
(605) 357-2353
jeremy.jehangiri@usdoj.gov
alissa.thorson@usdoj.gov (legal assistant)